**Opinion issued December 22, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-20-00708-CV**

———————————

## IN RE NEW ENGLAND COUNTRY FOODS, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, New England Country Foods, LLC, filed a petition for writ of mandamus asking this court to order respondent, the Honorable Ursula Hall, to rule on an amended motion to compel discovery responses.[1]  Real parties in interest,

---

[1]   The underlying case is *New England Country Foods, LLC v. Empacadora Frape USA LLC, Empacadora Frape S.A. de C.V., Pedro Barboglio Jones, Pedro Barboglio Murra, and Luis Arratia Diaz*, cause number 2018-28822, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall presiding.

Empacadora Frape USA LLC, Empacadora Frape S.A. de C.V., Pedro Barboglio Jones, Pedro Barboglio Murra, and Luis Arratia Diaz, have filed an unopposed motion to dismiss the original proceeding as moot, representing that the parties filed a joint notice of nonsuit in the trial court.

Accordingly, we grant real parties in interest's motion and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.